# RETURN OF SERVICE

Notice: This document contains sensitive data

| Court | District Court  55th Judicial District  Harris County, Texas | |
|---|---|---|
| Plaintiff | Kasiun Group LLC | Cause # **202594190** |
| Defendant(s) | State Automobile Mutual Insurance Company | Came to Hand Date/Time  **12/21/2025   8:14 PM** |
| Manner of Service | Personal | Service Date/Time  **12/22/2025   11:18 AM** |
| Documents | **CITATION; PETITION** | Service Fee:  **$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **12/22/2025** at **11:18 AM**: I served **CITATION, PETITION** upon **State Automobile Mutual Insurance Company c/o Corporation Service CO, REGISTERED AGENT** by delivering **1** true and correct copy(ies) thereof, with **State Automobile Mutual Insurance Company c/o Corporation Service CO, REGISTERED AGENT, I delivered the documents to Corporation Service CO, REGISTERED AGENT** with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 200-240 lbs.  Neisha Gross,  Intake Agent at **211 E 7th St Ste 620, Austin, TX 78701**.

My name is: **Andrew Swatzell** and my date of birth is **11/24/1983**

My address is: **1108 LAVACA ST. STE 110 - 549, AUSTIN, TX 78701**, USA.

My process server identification # is: **PSC-18592**. My Certification expires: **9/30/2026**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Travis county, TX.

_____
Andrew Swatzell

12/23/2025
_____
Date Executed

**EXHIBIT 1**

Ref **KASIUN-41677**

0200196010

txefile@abclegal.com

 **The Lawgical Firm**

Tracking # **0200429596**

